O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY CORPORATE CAPITAL, LTD.<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA TAU CHAPTER OF SIGMA ALPHA EPSILON FRATERNITY AT CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO; SAN LUIS OBISPO; ADAM MARSZAL; JAMIE MERKLER; CHRISTOPHER PERKINS; MATT SILVA; HAITHEM IBRAHIM; MATTHEW FAULKNER; H SCOTT STARKEY and JULIA STARKEY, individually and as co-administrators of the ESTATE OF CARSON L. STARKEY,<br><br>Defendants. | Case No. 2:11-cv-02626-ODW(FFMx)<br><br>**ORDER REQUESING MEDIATION STATUS REPORT** |
| ALLIED PROPERTY & CASUALTY INSURANCE CO.; AMCO INSURANCE CO.,<br><br>Plaintiffs-in-Intervention,<br><br>v.<br><br>LIBERTY CORPORATE CAPITAL, LTD.; NOVAE SYNDICATES, LTD.; R J KILN & CO., LTD.; OMEGA UNDERWRITING AGENTS, LTD.; BRIT SYNDICATES, LTD; CATLIN INSURANCE CO. (UK), LTD.,<br><br>Defendants-in-Intervention. | |

| | |
|---|---|
| 1 | On November 1, 2011, the Court ordered the parties to participate in private |
| 2 | mediation no later than October 8, 2012. (ECF Nos. 42, 43.) This deadline was then |
| 3 | continued to October 29, 2012. (ECF No. 120.) Plaintiffs are hereby **ORDERED** to |
| 4 | file a brief mediation status report as soon as practicable, but in no event later than |
| 5 | December 17, 2012, addressing the parties' efforts to mediate this matter. |
| 6 | **IT IS SO ORDERED.** |
| 7 | December 12, 2012 |

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**