**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY CORPORATE CAPITAL, LTD. | Case No. 2:11-cv-02626-ODW(FFMx) |
| Plaintiff, | **ORDER REQUESING MEDIATION STATUS REPORT** |
| v. | |
| CALIFORNIA TAU CHAPTER OF SIGMA ALPHA EPSILON FRATERNITY AT CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO; SAN LUIS OBISPO; ADAM MARSZAL; JAMIE MERKLER; CHRISTOPHER PERKINS; MATT SILVA; HAITHEM IBRAHIM; MATTHEW FAULKNER; H SCOTT STARKEY and JULIA STARKEY, individually and as co-administrators of the ESTATE OF CARSON L. STARKEY, | |
| Defendants. | |
| ALLIED PROPERTY & CASUALTY INSURANCE CO.; AMCO INSURANCE CO., | |
| Plaintiffs-in-Intervention, | |
| v. | |
| LIBERTY CORPORATE CAPITAL, LTD.; NOVAE SYNDICATES, LTD.; R J KILN & CO., LTD.; OMEGA UNDERWRITING AGENTS, LTD.; BRIT SYNDICATES, LTD; CATLIN INSURANCE CO. (UK), LTD., | |
| Defendants-in-Intervention. | |

1        On November 1, 2011, the Court ordered the parties to participate in private mediation no later than October 8, 2012. (ECF Nos. 42, 43.) This deadline was then continued to October 29, 2012. (ECF No. 120.) Plaintiffs are hereby **ORDERED** to file a brief mediation status report as soon as practicable, but in no event later than December 17, 2012, addressing the parties' efforts to mediate this matter.

       **IT IS SO ORDERED.**

       December 12, 2012

                                   _____
                                        **OTIS D. WRIGHT, II**
                                   **UNITED STATES DISTRICT JUDGE**