**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY CORPORATE CAPITAL, LTD.<br><br>　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA TAU CHAPTER OF SIGMA ALPHA EPSILON FRATERNITY AT CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO; SAN LUIS OBISPO; ADAM MARSZAL; JAMIE MERKLER; CHRISTOPHER PERKINS; MATT SILVA; HAITHEM IBRAHIM; MATTHEW FAULKNER; H SCOTT STARKEY and JULIA STARKEY, individually and as co-administrators of the ESTATE OF CARSON L. STARKEY,<br><br>　　　　　Defendants. | Case No. 2:11-cv-02626-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE MEDIATION AND CONTINUING PRETRIAL HEARING** |
| ALLIED PROPERTY & CASUALTY INSURANCE CO.; AMCO INSURANCE CO.,<br><br>　　　　　Plaintiffs-in-Intervention,<br>　　v.<br>LIBERTY CORPORATE CAPITAL, LTD.; NOVAE SYNDICATES, LTD.; R J KILN & CO., LTD.; OMEGA UNDERWRITING AGENTS, LTD.; BRIT SYNDICATES, LTD; CATLIN INSURANCE CO. (UK), LTD.,<br><br>　　　　　Defendants-in-Intervention. | |

The Court has received the parties' mediation status report. (ECF No. 207.) The parties are reminded that while they have an option as to the ADR method, conducting an ADR procedure is mandatory. L.R. 16-15.1. Based on the parties' representations, the Court finds the parties' cavalier attitude troublesome, as evidenced by their nonchalant disregard of the Court's October 29, 2012 mediation deadline.

Therefore, the parties are hereby **ORDERED TO SHOW CAUSE** why each attorney in this case should not be sanctioned $1,000 or more for ignoring the Court's orders. A written, joint response is due by January 14, 2013. No appearances are necessary. Failure to timely respond may result in additional sanctions, including dismissal or entry of default. This Order to Show Cause will be discharged upon receipt of a status report indicating that a mediation session has been scheduled for no later than February 6, 2013—since the parties have selected Settlement Procedure No. 3. (Rule 26(f) Report ¶ 7.)

Further, to allow time for the parties to address their delinquencies, the pretrial hearing is hereby continued to January 14, 2013 at 1:30 pm. Pretrial papers are now due by December 28, 2012. Upon receipt of the parties' response to this Order to Show Cause, the Court may continue these pretrial dates to a later time.

**IT IS SO ORDERED.**

December 20, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**