**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY CORPORATE CAPITAL, LTD. <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA TAU CHAPTER OF SIGMA ALPHA EPSILON FRATERNITY AT CALIFORNIA POLYTECHNIC STATE UNIVERSITY, SAN LUIS OBISPO; SAN LUIS OBISPO; ADAM MARSZAL; JAMIE MERKLER; CHRISTOPHER PERKINS; MATT SILVA; HAITHEM IBRAHIM; MATTHEW FAULKNER; H SCOTT STARKEY and JULIA STARKEY, individually and as co-administrators of the ESTATE OF CARSON L. STARKEY, <br><br> Defendants. | Case No. 2:11-cv-02626-ODW(FFMx) <br><br> **JUDGMENT** |
| ALLIED PROPERTY & CASUALTY INSURANCE CO.; AMCO INSURANCE CO., <br><br> Plaintiffs-in-Intervention, <br><br> v. <br><br> LIBERTY CORPORATE CAPITAL, LTD.; NOVAE SYNDICATES, LTD.; R J KILN & CO., LTD.; OMEGA UNDERWRITING AGENTS, LTD.; BRIT SYNDICATES, LTD; CATLIN INSURANCE CO. (UK), LTD., <br><br> Defendants-in-Intervention. | |

Pursuant to the Court's December 3, 2012 Order (ECF No. 201) and April 19, 2013 Findings of Fact and Conclusions of Law (ECF No. 283),

**IT IS HEREBY ORDERED**:

1. Judgment for Plaintiff Liberty Corporate Capital, Ltd. on the duty-to-indemnify claim;

2. Judgment for Plaintiffs-in-Intervention Allied Property & Casualty Insurance Co. and AMCO Insurance Co. on the duty-to-defend claim;

3. Allied and AMCO are awarded $170,170.24 from Liberty in equitable contribution for their duty-to-defend claim; and,

4. The parties shall bear their own costs and attorney's fees.

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 19, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**